UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

NO. 13-CR-10262-DPW

_____

UNITED STATES

v.

MICHAEL P. O'DONNELL,
Defendant

_____

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for the defendant Michael P. O'Donnell.

Respectfully submitted

/s/ Charles W. Rankin

_____
Charles W. Rankin, BBO 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617) 720-0011
crankin@rankin-sultan.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 1, 2015.

/s/ Charles W. Rankin
_____
Charles W. Rankin