UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:13-cr-10262-DPW |
| **MICHAEL P. O'DONNELL**, | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES undersigned counsel, Jeffrey A. Denner, who respectfully requests that this Honorable Court allow him to withdraw as counsel for Michael P. O'Donnell in the above-captioned matter.

As grounds for this Motion, undersigned counsel states as follows:

The Defendant has retained successor counsel, Charlie W. Rankin, Esquire, who filed has filed an appearance in the matter.

WHEREFORE, undersigned counsel, Jeffrey A. Denner, respectfully requests that the Court grant his Motion to Withdraw as Counsel for the Defendant, Michael P. O'Donnell, in the above-captioned matter.

Date:   October 1, 2015                Respectfully submitted,

MICHAEL P. O'DONNELL
By and through his attorney,

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO#120520
Jeffrey Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel.    (617) 227-2800
Fax    (617) 973-1562
jdenner@dennerlaw.com

**Certificate of Service**

  I, Jeffrey A. Denner, hereby certify that on this the 1st day of October 2015, I caused a true copy of the foregoing *Motion to Withdraw as Counsel* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

               /s/ *Jeffrey A. Denner*
               Jeffrey A. Denner